```
                    IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION

IN RE: SERGE J & INES C ANDRE            )
                                         )
JPMorgan Chase Bank National Association )
           Creditor,                     )
                                         )
   vs.                                   ) CASE NO. 10B16244
                                         ) JUDGE A. Benjamin Goldgar
SERGE J & INES C ANDRE,                  )
           Debtor                        )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes JPMorgan Chase Bank National Association, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The following is an itemization of the amounts due on the loan as of April 24, 2012:

   The property received stay relief May 14, 2010.

   If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice JPMorgan Chase Bank National Association rights to collect these amounts will be unaffected.

                              Respectfully Submitted,

                              JPMorgan Chase Bank National
                              Association

                              /s/Toni Dillon
                              Toni Dillon ARDC#6289370
                              Pierce and Associates, P.C.
                              1 North Dearborn
                              Suite 1300
                              Chicago, Illinois 60602
                              (312)346-9088

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| RE:  SERGE J & INES C ANDRE | ) |
|  | ) CASE NO. 10B16244 |
| JPMorgan Chase Bank National | ) |
| Association, | ) Judge A. Benjamin Goldgar |
|          Creditor, | ) |
|     vs. | ) |
|  | ) |
| SERGE J & INES C ANDRE, | ) |
|          Debtor, | ) |

## CERTIFICATE OF SERVICE

    I, the undersigned Attorney, Certify that a copy of this Response was served to the Addresses attached by Electronic Notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on April 25, 2012, with proper postage prepaid.

                                                /s/Toni Dillon
                                              Toni Dillon ARDC#6289370

**\*\*\*THESE DOCUMENTS ARE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE\*\*\***

Pierce and Associates,
1 North Dearborn
13th Floor
Chicago, IL 60602

<u>NOTICE OF MOTION ADDRESSES</u>

```
To Trustee:
Glenn B. Stearns
801 Warrenville Rd
Suite 650
Lisle, Illinois 60532
```
**by Electronic Notice though ECF**

```
To Debtor:
SERGE J & INES C ANDRE
10429 Timbercrest Road
Spring Hill, FL 34608
```
**by U.S. Mail**

```
852 Tylerton Circle
Grayslake, IL 60030
```
**by U.S. Mail**

```
To Attorney:
Kenneth S. Borcia
P.O. Box 447
Libertyville, Illinois 60048
```
**by Electronic Notice though ECF**

```
PIERCE & ASSOCIATES, P.C.
Attorneys for: Creditor
1 North Dearborn Suite 1300
Chicago, Illinois 60602
(312) 346-9088


PA10-2551
```